AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cornell AM Judge Cornish
was received by me on *(date)* 10/15/14 .

☒ I personally served the summons on the individual at *(place)* 100 Holliday St. Baltimore, MD 21202 on *(date)* 10/15/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Asenath Brown (Solicitor's Office), who is designated by law to accept service of process on behalf of *(name of organization)* Mayor & City Council & City of Baltimore on *(date)* 10/15/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ X for travel and $ X for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 10/15/14

_____
Server's signature

Joe Kennelly
Printed name and title

200 St. Paul Balt. MD Suite 1
Server's address

Additional information regarding attempted service, etc: