**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CORNELL D.M. JUDGE CORNISH | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.GLR-14-3117 |
| BALTIMORE CITY, CITY COUNCIL, and MAYOR AND PRESIDENT OF THE CITY COUNSEL | * | |
| | * | |
| Defendants | * | |
| | *** | |

**ORDER**

The above-captioned Complaint was filed with the full filing fee and, therefore, Plaintiff bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summonses to the Clerk for signature and seal and then serving a copy of the summonses and Complaint on Defendants. Plaintiff has provided summonses to the Clerk.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summonses and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants.

Under Fed. R. Civ. P. 4(j), service upon a state, municipal corporation or other governmental organization subject to suit shall be effected by delivering a copy of the summons and complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of the state for the service of summons or other like process upon

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

any such Defendant.  Maryland Rule 2-121 governs in personam service of process.  Maryland Rule 2-124(l) governs service on an officer or agency of a local government.

If there is no record that service was effected on Defendants, Plaintiff risks dismissal of this case.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the Complaint, the Court may enter an order asking the party to show cause why the claims should not be dismissed.  If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 29th day of October, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to prepare and issue summonses and to return summonses to Plaintiff.  If service copies of the Complaint were provided, the Clerk SHALL RETURN them to the Plaintiff; and

2. The Clerk SHALL Mail a copy of this Order to Plaintiff at his address of record.

/s/
_____
George Levi Russell, III
United States District Judge