AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE  of Balto City

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Boct A.P. Windoge Curtish Baltimore City

was received by me on *(date)* Asenath Brown.

☒ I personally served the summons on the individual at *(place)* 100 Holiday street Baltimore, Md 21202     on *(date)* 11/3/14    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Asenath Brown who is

designated by law to accept service of process on behalf of *(name of organization)* Balto. City and Mayor and President of City Council    on *(date)* ✓

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 40.00  for travel and $ _____ for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 11/3/14

_____
Server's signature

Joseph Kennelly
Printed name and title

200 St. Paul place Balt. MD
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE** of [Mayor] of [Balto. City]

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))* [City Council]

This summons for *(name of individual and title, if any)* MAYOR MOD Baltimore City

was received by me on *(date)* Asenath Brown      Mayor

☒ I personally served the summons on the individual at *(place)* 100 Holiday Street

Baltimore, Md 21202          on *(date)* 11/3/14        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Asenata Brown              , who is

designated by law to accept service of process on behalf of *(name of organization)* Balto. City and City Coun

and [Mayor] and President of City Council        on *(date)* ✓           ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 40.00    for travel and $ _____    for services, for a total of $ 4 0.00

I declare under penalty of perjury that this information is true.

Date: 11/3/14                    _____
                                Server's signature

                     Joseph Kennelly
                        Printed name and title

                   200 St. Paul place Blt. MD
                        Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE** of City Council of Balto City
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carlrye / Bernardye Cornish,
was received by me on *(date)* Asenath Brown. City Council

☒ I personally served the summons on the individual at *(place)* 100 Holiday Street
Baltimore, Md 21202 on *(date)* 11/3/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Asenath Brown , who is
designated by law to accept service of process on behalf of *(name of organization)* Baltor City and City Council
and Mayor and President of City Council on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 40.00 for travel and $ _____ for services, for a total of $ 4 0.00


I declare under penalty of perjury that this information is true.

Date: 11/3/14

Server's signature

Joseph Kennelly
Printed name and title

200 St. Paul Place Balt, MD
Server's address

Additional information regarding attempted service, etc: