## NOTICE TO BALTIMORE CITY, MAYOR AND CITY COUNCIL, RESPECTIVELY

**NOVEMBER 3, 2014**

**Defendant** Baltimore City,
Defendants Mayor and City Council
c/o President of the City Council
100 Holiday Street
Baltimore, MD 21202-3419

> Re:   Notice of Suit, Service of Summons and Complaint
> Case No. 1:14-cv-03117 (jury trial requested)
> Request for Waiver of Service

Dear Sirs and Madame:

This is notice of my intention to sue in a class action with a jury trial the City of Baltimore, also the Mayor and City Council, for tort, including without limitation the tort of an attractive nuisance on 26th Street between Charles and St. Paul Streets, and for damages for negligence and for encroachment on my land which I own with my wife at 46 E. 26th Street, Baltimore, Maryland. A summons and complaint are enclosed for each above-named Defendant, but a waiver of service is also requested from each with provision for compensation if a waiver is refused. This is a request also for an affidavit of service against each respective Defendant to sue in Federal Court, *inter alia,* on the basis of state and federal questions, including interference with interstate commerce, negligence and for diversity of citizenship with none of the defendants residents of the state where I reside, i.e., DC where I reside and am a resident with my wife who shares in my land patent rights as owners of 46 E. 26th Street, Baltimore, Md.

Encl:                                                               Respectfully submitted,

*Cornell D. M. Judge Cornish*

Order of 10/29/2014                                 Cornell D.M. Judge Cornish, Plaintiff
pro se Docket Sheet                                 1101 New Hampshire Ave., NW
Summons and Complaint                        Suite 301
Record of deed and name change        Washington, DC 20037
Proof of Service

1

## CERTIFICATE OF SERVICE

I certify that on November 3, 2014 I caused a copy of the foregoing Notice of Suit to be served by mail with an affidavit of service served by registered U.S. first class mail, patterned after a complaint, and all for filing with an affidavit of service made by hand via the Expedited Courier Group acting as my independent process server with a copy of the Summons and Complaint filed October 3, 2014 as follows:

To:

Baltimore City,

Stephanie Rawlings, Mayor of Baltimore City and

Bernard C. "Jack" Young President of the City Council

Baltimore City

100 Holiday St. #250

Baltimore, MD 21202-3419

Date: 11/3/2014

*Cornell D.M. Judge Cornish*

Cornell D.M. Judge Cornish

1101 New Hampshire Ave., NW

Suite 301

Washington, DC 20037

(202) 429-9705