**WARRANTY DEED WITH FULL COVENANT**

CITY OF BALTIMORE RECORDATION TAX
EXEMPT DOCUMENT
REVENUE COLLECTIONS
DEPARTMENT OF FINANCE

_Carol Nunn_  10/3/2014
Recordation Clerk      Date

U.S.I.R.S. _____

THIS INDENTURE, made as of the 1st day of Oct. two thousand and fourteen,

BETWEEN C. DANIEL CORNISH, WHOSE NAME HAS BEEN CHANGED TO:

CORNELL D.M. JUDGE CORNISH, party of the first part, and his wife

| / | S | B | L | CITY OF BALTIMORE DEPARTMENT OF FINANCE PROPERTY TRANSFER | REFERENCE NUMBER | TICKET NUMBER |
|---|---|---|---|---|---|---|
| 12 | 03 | 3840 | 050 | | | 113546E |

| DRESS | | | |
|---|---|---|---|
| 046 E 26TH ST | 21218 | [X] TOTAL [ ] PARTIAL  [X] FEE SIMPLE  [ ] LHD | |

| ANTEE (TO): CORNISH, CORNELL D M JUDGE  CORNISH, SARAH A | GRANTOR (FROM): CORNISH, C DANIEL |
|---|---|

| AIL TO: 1101 NEW HAMPSHIRE AVE NW #3 WASHINGTON, DC  20037-0000 | CONV'D 9 | GROUND RENT 0 | NO. OF LOTS 1 |
|---|---|---|---|
| | CONSIDERATION .00 | TAX DUE .00 | |

| :F. | LIBER | FOLIO | DATE RECORDED | COLL CAROL | EXAM | PROP. LOC | M.I.S. |
|---|---|---|---|---|---|---|---|

ECTION 68, OF ARTICLE 28, OF THE BALTIMORE CITY CODE(1983
DITION) - TAX IS HEREBY LEVIED AND IMPOSED UPON THE
RANSFER OF ANY ESTATE OF INHERITANCE OR FREEHOLD, OR ANY
ECLARATION OR LIMITATION OF USE, OR ANY ESTATE ABOVE SEVEN
7) YEARS, IN BALTIMORE CITY, AT THE RATE OF 1 1/2% OF THE
AXABLE BASIS THEREOF.

State of Maryland; as also identified as 46 E. 26th Street, Baltimore City, State of Mary land, USA; and now in fee simple absolute with all ground rents by Cornell D.M. Judge Cornish, who is the same party described as C. Daniel Cornish in the attached copy of the original deed still in effect as granting to him full title as grantee in fee simple absolute including all ground rents under his former name C. Daniel Cornish, and who is now the same party of the first part herein under his new name Cornell D.M. Judge Cornish, and is the same party described under his

E/13546

TRANSFER TAX EXEMPT
Director of Finance
PER _Carol Nunn_ 10/3/2014

1

Exhibit 10

# Superior Court of the District of Columbia

CIVIL DIVISION

ORDER FOR CHANGE OF NAME

FILED
SEP 13 1990
Superior Court
of the District of Columbia
Washington, D.C.

IN RE: Cornell D. Cornish

C.A. No. 90-CA 08850

COMPLETE NAME OF APPLICANT: Cornell D. Cornish

Upon consideration of the application for the change of name filed herein and no objections having been made and proof of publication having been made and filed herein, and all other requirements appear having been met, it is this 13th day of September, 19 90, ORDERED BY THE COURT that the said application be and hereby is ☒ granted, ☐ denied and it is further, ORDERED BY THE COURT that henceforth and hereafter Cornell D. Cornish be known as Cornell Daniel Michael Judge Cornish

_____
JUDGE

OCT 16 1996
Superior Court of
the District of Columbia
Deputy Clerk

FORM CV(6)-1012/Jul 79

80—P1353