IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CORNELL D.M. JUDGE CORNISH,        :

    Plaintiff,                    :

v.                                 :   Civil Action No. GLR-14-3117

BALTIMORE CITY, et al.,            :

    Defendants.                   :

## ORDER

Upon consideration of Plaintiff Cornell D.M. Judge Cornish's Motion to Stay the Court's June 26, 2015 Order (ECF No. 31), it is this 8th day of July, 2015, hereby

ORDERED that Cornish's Motion to Stay the Court's June 26, 2015 Order (ECF No. 31) is DENIED.

The Clerk is directed to MAIL a copy of this Order to Cornish at her address of record.

/s/
_____
George Levi Russell, III
United States District Judge